IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA, <br>     Plaintiff, <br><br> vs. <br><br> RONALD J. OSHENSKY, JR. <br>     Defendant. | ) <br> ) <br> ) <br> )   Case Number: CR 3:20-10 <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLACEHOLDER FOR HIGHLY SENSITIVE DOCUMENT (HSD)**

**TITLE OF DOCUMENT:**

SEALED PLEA SUPPLEMENT

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**