IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
     )
     v.     )  Criminal No. 3:20-cr-10
RONALD J. OSHENSKY     )

**Position of Defendant with Respect to Sentencing Factors**

AND NOW comes the defendant, Ronald J. Oshensky, by his attorney, Assistant Federal Public Defender Christopher B. Brown, and pursuant to Fed. R. Crim. P. 32(f), U.S.S.G. § 6A1.2(b), and LCrR 32(C)(4), respectfully presents the following Position of Defendant with Respect to Sentencing Factors:

1.    Mr. Oshensky and undersigned counsel have received the Presentence Report ("PSR") prepared in this matter and have had the opportunity to review its contents together.

2.    Additionally, pursuant to LCrR 32, counsel has pursued Administrative Resolution with U.S. Probation Officer ("USPO") Stacy Y. Miller, and Assistant United States Attorney Arnold Bernard, Jr. Specifically, counsel certifies that he has communicated with opposing counsel and the USPO in a good faith effort to resolve any disputed matters.

3.    After Administrative Resolution undersigned counsel does not have any objections to the PSR.

Respectfully submitted,


**s\ Christopher B. Brown**
Christopher B. Brown
Assistant Federal Public Defender
PA I.D. No. 85117